No. 526. UNITED STATES *v.* KRUSZEWSKI. C. C. A. 7th. Certiorari denied. *Solicitor General Perlman* for the United States. *Julius L. Kabaker* for respondent.

No. 603. CROWELL *v.* BAKER OIL TOOLS, INC. C. C. A. 5th. Certiorari denied. *Emory L. Groff* for petitioner.

No. 670. CROWELL *v.* BAKER OIL TOOLS, INC. C. C. A. 9th. Certiorari denied. *Emory L. Groff* for petitioner.

No. 617. BLAIR *v.* UNITED STATES ET AL. C. C. A. 5th. Certiorari denied. *Fred S. Ball, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Melvin Richter* for the United States.

No. 646. MILLER, TRUSTEE, *v.* TEXAS COMPANY. C. C. A. 5th. Certiorari denied. *Fred Hull* for petitioner.

No. 666. WORTHAM *v.* UNITED STATES. C. C. A. 5th. Certiorari denied. *Wm. A. Porteous, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 671. CARGILL, INC. *v.* BOARD OF TRADE OF THE CITY OF CHICAGO ET AL. C. C. A. 7th. Certiorari denied. *Leo F. Tierney* and *Louis A. Kohn* for petitioner. *Weymouth Kirkland, Howard Ellis, Walter Bachrach, Walter H. Moses, Stanley Morris* and *Floyd E. Thompson* for respondents.